UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:25cv02077 CAS (DFMx)                               Date:  January 13, 2026

Title   *ZHONGLING HUANG v. RUI ALINA; ET AL.*

Present: The Honorable:    **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) – DECLARATION OF MARJORIE OUYANG IN RESPONSE TO ORDER TO SHOW CAUSE RE: NOVAXS BIOTECH CORP. [24] (Filed January 4, 2026)**

The Court is in receipt of the Declaration [24] in response to its Order to Show Cause [23].  The Court hereby extends its Order to Show Cause.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **February 13, 2026**, why this action should not be dismissed for lack of prosecution as to defendant **NOVAXS BIOTECH CORP., only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a responsive pleading by **defendant NOVAXS BIOTECH CORP.,** or plaintiff's request for entry of default on this defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |